| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Joseph Low, IV, SBN 194897<br>1 World Trade Ctr Ste 2320<br>Long Beach   CA   90831 | (562) 901-0840 | |
| ATTORNEY FOR (Name)   Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
TORGERSON V. SMITHKLINE

| 1240539 | (HEARING) Date | Time | Dept | Case Number:<br>C075028JCS |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>TORGERSON |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:

   SUMMONS IN A CIVIL CASE & COMPLAINT
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
   DEADLINES; CIVIL COVER SHEET; STANDING ORDER FOR ALL JUDGES OF
   THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF
   CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL
   SEE ATTACHMENT

3. A PARTY SERVED:   Smithkline Beecham, D/B/A Glaxo Smithkline, A
   British Corporation

   B PERSON SERVED:   Marianne Gagliardi, Managing Paralegal
   person apparently in charge

4. ADDRESS:   1 Franklin Plz
   Philadelphia   PA   19102

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON   10/26/2007   AT   1:40:00 PM
   (b) BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
   Marianne Gagliardi, Managing Paralegal
   person apparently in charge
   (1)(BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR
   USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE
   GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:   Smithkline Beecham, D/B/A Glaxo Smithkline, A
   British Corporation

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION:   416.10 (CORPORATION)

7a. Person Serving:   Doug Priest   Out Of State Process    d. The fee for service was   $127.06
                                                            e. I am:

b. DDS Legal Support                                        (1) [X] not a registered California process server:
   2900 Bristol St                                          (3)     registered California process server:
   Costa Mesa, Ca 92626                                             (i)

c. (714) 662-5555                                           (i) Registration No:   Not A California
                                                            (i) County:   Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

10/30/2007

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                                    X [signature]   SIGNATURE CRC 982(A)(23)

PROOF OF SERVICE

| PETITIONER/PLAINTIFF: | THE ESTATE OF DENNIS PAUL TORGERSON | CASE NUMBER: |
|---|---|---|
| RESPONDENT/DEFENDANT: | SMITHKLINE BEECHAM d/b/a GLAXO | C075028JCS |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

NOTICE OF RULE DISCONTINUING SERVICE BY MAIL

ECF REGISTRATION INFORMATION HANDOUT

PUBLIC NOTICE

Legal Solutions Plus

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Joseph Low, IV, SBN 194897<br>1 World Trade Ctr Ste 2320<br>Long Beach     CA     90831<br>ATTORNEY FOR (Name)   Plaintiff | (562) 901-0840 | |

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**TORGERSON V. SMITHKLINE**

| 1240539 | (HEARING) Date | Time | Dept | Case Number:<br>C075028JCS |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>TORGERSON |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   10/29/07

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS IN A CIVIL CASE & COMPLAINT
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL
SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Smithkline Beecham, D/B/A Glaxo Smithkline, A
British Corporation

1 Franklin Plz
Philadelphia     PA     19102

DECLARANT: lisa.steele

d. The fee for service was     $127.06
e. I am:
  (1) X  not a registered California process server:
  (3)    registered California process server:
    (i) Employee
    (i) Registration No: 434
    (i) County: Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/30/2007

X _____
SIGNATURE

**PROOF OF SERVICE**