1  THOMAS W. PULLIAM, JR. (State Bar No. 46322)
2  MICHELLE A. CHILDERS (State Bar No. 197064)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5  Thomas.Pulliam@dbr.com
6  Michelle.Childers@dbr.com

7  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION DBA
8  GLAXOSMITHKLINE (erroneously sued as "SMITHKLINE
   BEECHAM d/b/a GLAXOSMITHKLINE")
9

10                 UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13  THE ESTATE OF DENNIS PAUL          Case No. C075028-JCS
14  TORGERSON, Deceased, by CHERYL
    TORGERSON, Personal Representative, and   **STIPULATION REGARDING**
15  CHERYL TORGERSON, a natural person,        **EXTENSION OF TIME TO**
                                               **ANSWER OR RESPOND TO**
16                Plaintiffs,                  **COMPLAINT**
17
          v.
18                                             **[L.R. 6-1(a)]**
19  SMITHKLINE BEECHAM d/b/a
    GLAXOSMITHKLINE, a British corporation,
20  and DOES 1 through 20, inclusive,
21                Defendants.
22

23       Pursuant to Fed. R. Civ. P. 6 and 12 and L.R. 6-1(a), Plaintiffs The Estate of Dennis Paul

24  Torgerson and Cheryl Torgerson and Defendant SmithKline Beecham Corporation, d/b/a

25  GlaxoSmithKline ("GSK"), erroneously sued as SmithKline Beecham d/b/a Glaxo SmithKline,

26  hereby stipulate that GSK may file its Answer or other responsive pleading to Plaintiffs'

27  ///

28  ///

1    Complaint by December 10, 2007.  The parties' stipulation will not alter the date of any deadline

2    or event already fixed by Court order.

3

4    Dated: November 29, 2007                    DRINKER BIDDLE & REATH LLP

5

6                                                /s/ Michelle A. Childers
                                                 MICHELLE A. CHILDERS
7

8                                                Attorneys for Defendant
                                                 SMITHKLINE BEECHAM CORPORATION
9                                                DBA GLAXOSMITHKLINE (erroneously
                                                 sued as "SMITHKLINE BEECHAM d/b/a
10                                               GLAXOSMITHKLINE")

11                                               THE LAW FIRM OF JOSEPH H. LOW IV

12

13                                               /s/ Joseph H. Low, IV
                                                 JOSEPH H. LOW IV
14

15                                               Attorneys for Plaintiffs
                                                 THE ESTATE OF DENNIS PAUL
16                                               TORGERSON and CHERYL TORGERSON

17

18

19

20

21

22

23

24

25

26

27

28