THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Thomas.Pulliam@dbr.com
Michelle.Childers@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION DBA
GLAXOSMITHKLINE (erroneously sued as "SMITHKLINE
BEECHAM d/b/a GLAXOSMITHKLINE")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative, and CHERYL TORGERSON, a natural person,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, a British corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C075028-JCS<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**<br><br>[L.R. 6-1(a)] |

Pursuant to Fed. R. Civ. P. 6 and 12 and L.R. 6-1(a), Plaintiffs The Estate of Dennis Paul Torgerson and Cheryl Torgerson and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), erroneously sued as SmithKline Beecham d/b/a Glaxo SmithKline, hereby stipulate that GSK may file its Answer or other responsive pleading to Plaintiffs'

///

///

Complaint by December 10, 2007.  The parties' stipulation will not alter the date of any deadline or event already fixed by Court order.

Dated: November 29, 2007                    DRINKER BIDDLE & REATH LLP

/s/ Michelle A. Childers
MICHELLE A. CHILDERS

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION DBA GLAXOSMITHKLINE (erroneously sued as "SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE")

THE LAW FIRM OF JOSEPH H. LOW IV

/s/ Joseph H. Low, IV
JOSEPH H. LOW IV

Attorneys for Plaintiffs
THE ESTATE OF DENNIS PAUL TORGERSON and CHERYL TORGERSON

Dated:  Nov. 30, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105