THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Thomas.Pulliam@dbr.com
Michelle.Childers@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION DBA
GLAXOSMITHKLINE (erroneously sued as "SMITHKLINE
BEECHAM d/b/a GLAXOSMITHKLINE")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative, and CHERYL TORGERSON, a natural person,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, a British corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C075028-JCS<br><br>**DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**JURY TRIAL DEMANDED**<br><br>**[L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), erroneously sued as SmithKline Beecham d/b/a Glaxo SmithKline, certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

SmithKline Beecham Corporation, which does business under the name of GlaxoSmithKline, is owned, through several levels of wholly-owned subsidiaries, by GlaxoSmithKline plc, a publicly held English limited company. To the knowledge of SmithKline Beecham Corporation and GlaxoSmithKline plc, none of the shareholders of GlaxoSmithKline plc owns beneficially ten percent or more of its outstanding shares. The following are parents, trusts, subsidiaries and/or affiliates of said party and have issued shares or debt securities to the public or own more than ten percent of the stock of SmithKline Beecham Corporation d/b/a GlaxoSmithKline: GlaxoSmithKline Consumer Healthcare Limited (India); GlaxoSmithKline Pharmaceuticals Limited (India); GlaxoSmithKline Consumer Nigeria plc. (Nigeria); GlaxoSmithKline Pakistan Limited (Pakistan); GlaxoSmithKline plc; GlaxoSmithKline S.A.E. (Egypt); Amoun Pharmaceutical Industries Co. S.A.E. (Egypt); Burroughs Wellcome (India) Limited; GlaxoSmithKline Bangladesh Limited; Glaxo Wellcome Ceylon Limited (Sri Lanka); SmithKline Beecham plc (U.K.); GlaxoSmithKline Capital plc (U.K.); GlaxoSmithKline Finance plc (U.K.); GlaxoSmithKline Capital K.K (Japan); Glaxo K.K. (Japan); GlaxoSmithKline Holdings (Americas) Inc. (U.S.); and GlaxoSmithKline Capital, Inc. (US).

In addition, GSK identifies Plaintiffs to this lawsuit: The Estate of Dennis Paul Torgerson, Deceased, by Cheryl Torgerson, Personal Representative, and Cheryl Torgerson, a natural person.

Finally, GSK identifies the following counsel involved in this case and their respective law firms: Arnold Anderson Vickery and Fred Shephard of Vickery, Waldner & Mallia, LLP (attorneys for Plaintiffs); Joseph H. Low IV of The Law Firm of Joseph H. Low IV (attorneys for Plaintiffs); Chilton Davis Varner, Andrew T. Bayman, L. Frank Coan, Jr., and Jennifer C. Kane of King & Spalding LLP (attorneys for GSK); and Thomas W. Pulliam, Jr. and Michelle A.

///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1 | Childers of Drinker Biddle & Reath LLP (attorneys for GSK).

3 | Dated: December 10, 2007                    DRINKER BIDDLE & REATH LLP

*/s/ Michelle A. Childers*
MICHELLE A. CHILDERS

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
DBA GLAXOSMITHKLINE (erroneously
sued as "SMITHKLINE BEECHAM d/b/a
GLAXOSMITHKLINE")