THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
twpulliam@dbr.com
machilders@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION DBA
GLAXOSMITHKLINE (erroneously sued as "SMITHKLINE
BEECHAM d/b/a GLAXOSMITHKLINE")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative, and CHERYL TORGERSON, a natural person,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, a British corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C075028-JCS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, L. FRANK COAN, JR., an active member in good standing of the bar of the United States District Court for the Northern District of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing, Defendant, SmithKline Beecham d/b/a GlaxoSmithKline ("GSK"), in the above-entitled action.

## DECLARATION OF L. FRANK COAN, JR.

I, L. Frank Coan, Jr., an attorney for GlaxoSmithKline ("GSK"), hereby petition for admission to practice under the provisions of Rule 11-3 of the Local Rules for the United States District Court for the Northern District of California, and in support thereof, state, under penalty of perjury, that:

1. I am an attorney and a member of the law firm of King & Spalding, 1180 Peachtree Street, Atlanta, GA 30309, (404) 572-4773, e-mail: fcoan@kslaw.com.

2. Since 1997, I have been a member in good standing with the Bar of the State of Georgia, and in 1998 was admitted to the United States District Court for the Northern District of Georgia. My Georgia Bar License Number is 170966;

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michelle A. Childers (CA Bar # 197064), Drinker, Biddle & Reath, LLP, 50 Fremont Street, 20th Floor, San Francisco, CA 94105-2235, Telephone (415) 591-7500.

I declare under penalty of perjury that the foregoing is true and correct.

12/18/07
Date

L. Frank Coan, Jr.

| | |
|---|---|
| 1 | |
| 2 | DRINKER BIDDLE & REATH LLP |
| 3 | |
| | Date  Dec 19, 2007 |
| 4 | _____ |
| | MICHELLE A. CHILDERS |
| 5 | (State Bar No. 197064) |
| | Attorneys for Defendant |
| 6 | SMITHKLINE BEECHAM |
| | CORPORATION DBA |
| 7 | GLAXOSMITHKLINE (erroneously sued |
| | as "SMITHKLINE BEECHAM d/b/a |
| | GLAXOSMITHKLINE") |