UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative, and CHERYL TORGERSON, a natural person,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, a British corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C075028-JCS<br><br>**(PROPOSED) ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

L. Frank Coan, Jr., an active member in good standing of the Bar of the State of Georgia, whose business address and telephone number are King & Spalding, 1180 Peachtree Street, Atlanta, GA 30309, (404) 572-4773, e-mail: fcoan@kslaw.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, GlaxoSmithKline ("GSK").

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                Magistrate Judge Joseph C. Spero