```
 1  THOMAS W. PULLIAM, JR. (State Bar No. 46322)
 2  MICHELLE A. CHILDERS (State Bar No. 197064)
    DRINKER BIDDLE & REATH LLP
 3  50 Fremont Street, 20th Floor
    San Francisco, California 94105-2235
 4  Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
 5  twpulliam@dbr.com
    machilders@dbr.com
 6
 7  Attorneys for Defendant
    SMITHKLINE BEECHAM CORPORATION DBA
 8  GLAXOSMITHKLINE (erroneously sued as "SMITHKLINE
    BEECHAM d/b/a GLAXOSMITHKLINE")
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative, and CHERYL TORGERSON, a natural person,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, a British corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C075028-JCS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, JENNIFER C. KANE, an active member in good standing of the bar of the United States District Court for the Northern District of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing, Defendant, SmithKline Beecham d/b/a GlaxoSmithKline ("GSK"), in the above-entitled action.

## DECLARATION OF JENNIFER C. KANE

I, Jennifer C. Kane, an attorney for GlaxoSmithKline ("GSK"), hereby petition for admission to practice under the provisions of Rule 11-3 of the Local Rules for the United States District Court for the Northern District of California, and in support thereof, state, under penalty of perjury, that:

1. I am an attorney and a member of the law firm of King & Spalding, 1180 Peachtree Street, Atlanta, GA 30309, (404) 572-4625, e-mail: jkane@kslaw.com.

2. Since 2002, I have been a member in good standing with the Bar of the State of Georgia, and in 2002 was admitted to the United States District Court for the Northern District of Georgia. My Georgia Bar License Number is 406016;

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michelle A. Childers (CA Bar # 197064), Drinker, Biddle & Reath, LLP, 50 Fremont Street, 20th Floor, San Francisco, CA 94105-2235, Telephone (415) 591-7500.

I declare under penalty of perjury that the foregoing is true and correct.

12-18-07
Date

Jennifer C. Kane

Date   Dec 19, 2007

DRINKER BIDDLE & REATH LLP

*[signature]*

MICHELLE A. CHILDERS
(State Bar No. 197064)
Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION DBA
GLAXOSMITHKLINE (erroneously sued as "SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE")