Case 3:07-cv-05028-SI Document 12 Filed 12/19/2007 Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative, and CHERYL TORGERSON, a natural person,

Plaintiffs,

v.

SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, a British corporation, and DOES 1 through 20, inclusive,

Defendants.

Case No. C075028-JCS

**(PROPOSED) ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Jennifer C. Kane, an active member in good standing of the Bar of the State of Georgia, whose business address and telephone number are King & Spalding, 1180 Peachtree Street, Atlanta, GA 30309, (404) 572-4625, e-mail: jkane@kslaw.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, GlaxoSmithKline ("GSK").

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ____________________

Susan Illston

~~Magistrate~~ Judge Jo~~seph C. Spero~~

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105