IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF DENNIS PAUL,

    Plaintiff,

v.

SMITHKLINE BEECHAM,

    Defendant.

No. C 07-05028SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 1, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference

Dated: December 27, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk