**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/1/08

Case No.   C-07-5028SI          Judge:   SUSAN ILLSTON

Title: ESTATE OF DENNIS P. TORGERSON  -v- SMITHKLINE BEECHAM

Attorneys: Vickery & Shepherd - phone       M. Childers

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **5/30/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **5/1/09    @ 9:00 a.m.**   for Motions
(Motion due **3/13/09**, Opposition **4/3/09** Reply **4/17/09**)

Case continued to **6/9/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **6/22/09    @ 8:30 a.m.**  for Trial (jury:12  Days)
Discovery Cutoff: 9/5/08  Designate Experts by pltf. : 10/8/08, Pltf. Ex. Disc. C/O: 11/7/08, Designate Experts by deft: 12/12/08, Deft. Ex. Disc. C/O 1/9/09.

ORDERED AFTER HEARING:
The Court stays mediation.  Rebecca Westerfield shall remain the assigned mediator until further order of the Court.

Cc: ADR