IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DENNIS PAUL,<br><br>        Plaintiff,<br><br>  v.<br><br>SMITHKLINE BEECHAM,<br><br>        Defendant.<br>                                     / | No. C 07-05028 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 30, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 5, 2008.

DESIGNATION OF EXPERTS by Pltf: 10/8/08: EXPERT DISCOVERY CUTOFF is 11/7/08;.

DESIGNATION OF EXPERTS by Deft: 12/12/08: EXPERT DISCOVERY CUTOFF is 1/9/09.
Parties **SHALL** conform to Rule 26(a)(2).

DISPOSITIVE MOTIONS **SHALL** be filed by March 13, 2009;

    Opp. Due April 3, 2009;  Reply Due April 17, 2009;

    and set for hearing no later than May 1, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 9, 2009 at 3:30 PM.

JURY TRIAL DATE: June 22, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court stays mediation.  Rebecca Westerfield shall remain the assigned mediator until further order of the Court.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                                    SUSAN ILLSTON
                                                    United States District Judge