THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Thomas.Pulliam@dbr.com
Michelle.Childers@dbr.com

L. FRANK COAN, JR. (admitted *pro hac vice*)
JENNIFER C. KANE (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
fcoan@kslaw.com
jkane@kslaw.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

A. ANDREW VICKERY (admitted *pro hac vice*)
FRED H. SHEPHERD (admitted *pro hac vice*)
VICKERY, WALDNER & MALLIA, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056-1920
Telephone: (713) 526-1100
Facsimile: (713) 523-5939
andy@justiceseekers.com
fred@justiceseekers.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DENNIS PAUL TORGERSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, et al., <br><br> Defendants. | Case No. C075028-SI <br><br> **STIPULATION OF DISMISSAL** <br><br> **Judge: Susan Illston** |

Pursuant to Fed. R. Civ. P. 41(a) and Civil Local Rule 7-12, Plaintiffs and Defendant SmithKline Beecham d/b/a/ GlaxoSmithKline ("GSK"), through their designated counsel, jointly

1

stipulate and agree to the dismissal of this action, with each party bearing its own attorneys' fees and costs. By agreement of the parties, dismissal of this action shall be without prejudice subject to the following terms and conditions:

1. All applicable limitations periods with respect to all claims Plaintiffs have asserted against GSK are tolled from the date this Court enters a judgment of dismissal until 30 days after the United States Supreme Court issues an order in *Levine v. Wyeth*, No. 2004-384, 2006 WL 3041078 (Vt. Oct. 27, 2006), *cert. granted*, 128 S. Ct. 1118 (U.S. Jan. 18, 2008) (No. 06-1249);

2. If Plaintiffs re-file this case, or a similar case arising from Dennis Torgerson's use of paroxetine, they will file such action in this court within 30 days of an order by the Supreme Court in *Levine*, and will concurrently move pursuant to Civil Local Rules 3-3(c) and 3-12 to assign the case to Judge Illston as a related case; and

3. Nothing in this agreement shall be deemed to constitute a waiver of any defense of GSK's, including defenses based on the statute of limitations, which existed at the time this action was commenced, and that all of GSK's defenses are expressly and specifically reserved.

DRINKER BIDDLE & REATH LLP

March 18, 2008     By:     */s/ Michelle A. Childers*
                            Michelle A. Childers
                            *Counsel for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

VICKERY, WALDNER & MALLIA, LLP

March 18, 2008     By:     */s/ Fred H. Shepherd*
                            Fred H. Shepherd
                            *Counsel for Plaintiffs*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

STIPULATION OF DISMISSAL                                         CASE NO. C075028-SI