1  THOMAS W. PULLIAM, JR. (State Bar No. 46322)
   MICHELLE A. CHILDERS (State Bar No. 197064)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   Thomas.Pulliam@dbr.com
5  Michelle.Childers@dbr.com

6  L. FRANK COAN, JR. (admitted *pro hac vice*)
   JENNIFER C. KANE (admitted *pro hac vice*)
7  KING & SPALDING LLP
   1180 Peachtree St., NE
8  Atlanta, GA 30309-3521
   Telephone: (404) 572-4600
9  Facsimile: (404) 572-5100
   fcoan@kslaw.com
10 jkane@kslaw.com

11 Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION d/b/a
12 GLAXOSMITHKLINE

13 A. ANDREW VICKERY (admitted *pro hac vice*)
   FRED H. SHEPHERD (admitted *pro hac vice*)
14 VICKERY, WALDNER & MALLIA, LLP
   One Riverway Drive, Suite 1150
15 Houston, Texas 77056-1920
   Telephone: (713) 526-1100
16 Facsimile: (713) 523-5939
   andy@justiceseekers.com
17 fred@justiceseekers.com

18 Attorneys for PLAINTIFFS

19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20

| ESTATE OF DENNIS PAUL TORGERSON, et al., | |
|---|---|
| Plaintiffs, | Case No. C075028-SI |
| vs. | |
| SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, et al., | **STIPULATION OF DISMISSAL** |
| Defendants. | **Judge: Susan Illston** |

Pursuant to Fed. R. Civ. P. 41(a) and Civil Local Rule 7-12, Plaintiffs and Defendant SmithKline Beecham d/b/a/ GlaxoSmithKline ("GSK"), through their designated counsel, jointly

1

stipulate and agree to the dismissal of this action, with each party bearing its own attorneys' fees and costs. By agreement of the parties, dismissal of this action shall be without prejudice subject to the following terms and conditions:

1. All applicable limitations periods with respect to all claims Plaintiffs have asserted against GSK are tolled from the date this Court enters a judgment of dismissal until 30 days after the United States Supreme Court issues an order in *Levine v. Wyeth*, No. 2004-384, 2006 WL 3041078 (Vt. Oct. 27, 2006), *cert. granted*, 128 S. Ct. 1118 (U.S. Jan. 18, 2008) (No. 06-1249);

2. If Plaintiffs re-file this case, or a similar case arising from Dennis Torgerson's use of paroxetine, they will file such action in this court within 30 days of an order by the Supreme Court in *Levine*, and will concurrently move pursuant to Civil Local Rules 3-3(c) and 3-12 to assign the case to Judge Illston as a related case; and

3. Nothing in this agreement shall be deemed to constitute a waiver of any defense of GSK's, including defenses based on the statute of limitations, which existed at the time this action was commenced, and that all of GSK's defenses are expressly and specifically reserved.

DRINKER BIDDLE & REATH LLP

March 18, 2008         By:   */s/ Michelle A. Childers*
                              Michelle A. Childers
                              *Counsel for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

VICKERY, WALDNER & MALLIA, LLP

March 18, 2008         By:   */s/ Fred H. Shepherd*
                              Fred H. Shepherd
                              *Counsel for Plaintiffs*

IT IS SO ORDERED
Judge Susan Illston

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION OF DISMISSAL                                   CASE NO. C075028-SI